# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# WESTERN DIVISION

| | |
|---|---|
| In re: MOORE, TOM          MOORE, CAROLYN | § Case No. 10-70135 § § |
| Debtor(s) | § |

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

   Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that JAMES E. STEVENS, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

   The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

   United States Bankruptcy Court
   211 South Court Street
   Rockford, IL 61101

   Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within   21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 09/28/2011 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (10/1/2010)**

Dated:  08/17/2011          By:  /s/JAMES E. STEVENS
                                 Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MOORE, TOM              MOORE, CAROLYN  Debtor(s) | § Case No. 10-70135 § § § |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 4,273.50 |
| *and approved disbursements of* | $ 11.79 |
| *leaving a balance on hand of* [1] | $ 4,261.71 |
| **Balance on hand:** | $ 4,261.71 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | |
|---|---|
| Total to be paid to secured creditors: | $ 0.00 |
| Remaining balance: | $ 4,261.71 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - JAMES E. STEVENS | 1,068.38 | 0.00 | 1,068.38 |
| Attorney for Trustee, Fees - BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP | 499.00 | 0.00 | 499.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administration expenses: | $ 1,567.38 |
| Remaining balance: | $ 2,694.33 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,694.33

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,694.33

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 26,442.45 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 11,353.93 | 0.00 | 1,156.90 |
| 2 | Chase Bank USA, N.A. | 14,673.90 | 0.00 | 1,495.18 |
| 3 | Chase Bank USA,N.A | 414.62 | 0.00 | 42.25 |

Total to be paid for timely general unsecured claims: $ 2,694.33
Remaining balance: $ 0.00

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims:  $  0.00
Remaining balance:  $  0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims:  $  0.00
Remaining balance:  $  0.00

Prepared By: /s/JAMES E. STEVENS
Trustee

JAMES E. STEVENS
6833 Stalter Drive
Rockford, IL  61108
(815) 962-6611
jstevens@bslbv.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

Case 10-70135   Doc 40   Filed 09/06/11   Entered 09/08/11 23:20:48   Desc Imaged
                         Certificate of Service   Page 6 of 6

United States Bankruptcy Court
Northern District of Illinois

In re:                                                              Case No. 10-70135-MB
Tom Moore                                                           Chapter 7
Carolyn Moore
        Debtors
                              **CERTIFICATE OF NOTICE**

District/off: 0752-3          User: cbachman              Page 1 of 1            Date Rcvd: Sep 06, 2011
                              Form ID: pdf006             Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 08, 2011.
db/jdb       +Tom Moore,    Carolyn Moore,    5911 Apawamis Way,    Rockford, IL 61107-3801
aty          +Linda Godfrey,    475 Executive Parkway,    Rockford, IL 61107-6629
tr           +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, IL 61108-2582
14971405     +A Law Office of Crosby,    & Associates PC,    475 Executive Parkway,    Rockford, IL 61107-5282
14971406     +Amcore Bank,    501 7th Street,    Rockford, IL 61104-1299
14971409      Bank Of America,    P.O. Box 15019,    Wilmington, DE 19886-5726
14971408      Bank Of America,    4060 Ogletown/stan,    Newark, DE 19713
14971407     +Bank Of America,    Po Box 26012,    Greensboro, NC 27420-6012
14971410      Chase,   Bank One Card Serv,    Westerville, OH 43081
16535210      Chase Bank USA, N.A.,    PO Box 15145,    Wilmington, DE 19850-5145
16674934     +Chase Bank USA,N.A,    c/o Creditors Bankruptcy Service,    P O Box 740933,    Dallas,Tx 75374-0933
14971411     +Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
15004911     +Guyer & Enichen,    2601 Reid Farm Road,    Rockford, Il 61114-6698
14971404     +Moore Carolyn,    5897 Inverness Drive,    Rockford, IL 61107-3821
14971403     +Moore Tom,    5897 Inverness Drive,    Rockford, IL 61107-3821
14971413     +Mortgage Service Cente,    Sbrp - 4001 Leadenhall Rd,    Mt Laurel, NJ 08054-4611
14971414     +Mutual Management,    401 E State St,    Rockford, IL 61104-1027
15004910     +Rockford Park District,    401 So dMain St,    Rockford, Il 61101-1321
14971415     +Steven S. Murphy,    4343 East State Street,    Rockford, IL 61108-2112
14971416     +The City Of Rockford,    425 East State Street,    Rockford, IL 61104-1068
14971417     +US Small Business Administration,    500 W. Madison Street, Suite 1250,    Chicago, IL 60661-2602
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14971412     +E-mail/PDF: cr-bankruptcy@kohls.com Sep 07 2011 00:09:16     Kohls/chase,
               N56 W 17000 Ridgewood Dr,    Menomonee Falls, WI 53051-7096
                                                                                             TOTAL: 1

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*         +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
               Rockford, Il 61108-2582
                                                                                             TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 08, 2011**                         **Signature:** *Joseph Speetjens* (signed)