**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | |
|---|---|
| In re: MOORE, TOM           § | Case No. 10-70135 |
|          MOORE, CAROLYN    § | |
|                                              § | |
| Debtor(s)                            § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

JAMES E. STEVENS, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:  $99,244.78              Assets Exempt:  $95,444.78
*(without deducting any secured claims)*

Total Distribution to Claimants: $2,694.33       Claims Discharged
                                                                              Without Payment: $140,874.07

Total Expenses of Administration: $1,579.17

---

3) Total gross receipts of $    4,273.50    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      0.00    (see **Exhibit 2**), yielded net receipts of $4,273.50 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 1,579.17 | 1,579.17 | 1,579.17 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 143,568.95 | 26,442.45 | 26,442.45 | 2,694.33 |
| **TOTAL DISBURSEMENTS** | $143,568.95 | $28,021.62 | $28,021.62 | $4,273.50 |

    4) This case was originally filed under Chapter 7 on January 18, 2010. The case was pending for 21 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 11/08/2011          By: /s/JAMES E. STEVENS
                                             Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Crosby & Associates Law Firm Trust Account Retai | 1210-000 | 4,273.12 |
| Interest Income | 1270-000 | 0.38 |
| **TOTAL GROSS RECEIPTS** | | **$4,273.50** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | **$0.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JAMES E. STEVENS | 2100-000 | N/A | 1,068.38 | 1,068.38 | 1,068.38 |
| BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP | 3110-000 | N/A | 499.00 | 499.00 | 499.00 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 3.60 | 3.60 | 3.60 |
| The Bank of New York Mellon | 2600-000 | N/A | 8.19 | 8.19 | 8.19 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | |
|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | N/A | 1,579.17 | 1,579.17 | 1,579.17 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Chase Bank USA, N.A. | 7100-000 | 11,392.00 | 11,353.93 | 11,353.93 | 1,156.90 |
| 2 | Chase Bank USA, N.A. | 7100-000 | 14,673.00 | 14,673.90 | 14,673.90 | 1,495.18 |
| 3 | Chase Bank USA,N.A | 7100-000 | 378.00 | 414.62 | 414.62 | 42.25 |
| NOTFILED | Mutual Management | 7100-000 | 2,951.00 | N/A | N/A | 0.00 |
| NOTFILED | Mortgage Service Cente | 7100-000 | 97,382.00 | N/A | N/A | 0.00 |
| NOTFILED | US Small Business Administration | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | The City Of Rockford | 7100-000 | 196.08 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 1,798.19 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 8,752.00 | N/A | N/A | 0.00 |
| NOTFILED | Amcore Bank | 7100-000 | 5,007.68 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 1,039.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 143,568.95 | 26,442.45 | 26,442.45 | 2,694.33 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-70135  
**Case Name:** MOORE, TOM  
MOORE, CAROLYN  
**Period Ending:** 11/08/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 01/18/10 (f)  
**§341(a) Meeting Date:** 02/18/10  
**Claims Bar Date:** 03/02/11

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 1  Cash on Hand  Orig. Asset Memo: Imported from original petition Doc# 1 | 20.00 | 0.00 | DA | 0.00 | FA |
| 2  Alpine Bank Account 2236 in banks, savings and l  Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 0.00 | DA | 0.00 | FA |
| 3  Account - Taylor Moore (Grandchild) building and  Orig. Asset Memo: Imported from original petition Doc# 1 | 913.66 | 0.00 | DA | 0.00 | FA |
| 4  Savings Account-Alexander Moore (Grandson) Custo  Orig. Asset Memo: Imported from original petition Doc# 1 | 913.52 | 0.00 | DA | 0.00 | FA |
| 5  Household goods and furnishings audio, video, an  Orig. Asset Memo: Imported from original petition Doc# 1 | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 6  Misc. Clothing  Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7  IRA - Husband  Orig. Asset Memo: Imported from original petition Doc# 1 | 4,674.76 | 0.00 | DA | 0.00 | FA |
| 8  IRA - Wife Give particulars.  Orig. Asset Memo: Imported from original petition Doc# 1 | 14,129.03 | 0.00 | DA | 0.00 | FA |
| 9  SEP IRA-Husband  Orig. Asset Memo: Imported from original petition Doc# 1 | 67,393.81 | 0.00 | DA | 0.00 | FA |
| 10  1991 Buick Rivera  Orig. Asset Memo: Imported from original petition Doc# 1 | 550.00 | 0.00 | DA | 0.00 | FA |
| 11  2008 Hyundai Sonata  Orig. Asset Memo: Imported from original petition Doc# 1 | 8,050.00 | 0.00 | DA | 0.00 | FA |
| 13  Crosby & Associates Law Firm Trust Account Retai | Unknown | Unknown | DA | 4,273.12 | FA |

Exhibit 8

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-70135  
**Case Name:** MOORE, TOM  
                MOORE, CAROLYN  
**Period Ending:** 11/08/11

**Trustee:** (330420) JAMES E. STEVENS  
**Filed (f) or Converted (c):** 01/18/10 (f)  
**§341(a) Meeting Date:** 02/18/10  
**Claims Bar Date:** 03/02/11

| 1 Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | | 2 Petition/ Unscheduled Values | 3 Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | 4 Property Abandoned OA=§554(a) DA=§554(c) | 5 Sale/Funds Received by the Estate | 6 Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
|---|---|---|---|---|---|---|
| | (u) | | | | | |
| Int | INTEREST (u) | Unknown | N/A | | 0.38 | FA |
| 13 | Assets  Totals (Excluding unknown values) | **$99,244.78** | **$0.00** | | **$4,273.50** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**     June 30, 2011    **Current Projected Date Of Final Report (TFR):**     August 17, 2011  (Actual)

Printed: 11/08/2011 11:04 AM     V.12.57

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-70135 | | Trustee: | JAMES E. STEVENS (330420) |
|---|---|---|---|---|
| Case Name: | MOORE, TOM | | Bank Name: | The Bank of New York Mellon |
| | MOORE, CAROLYN | | Account: | 9200-******35-65 - Money Market Account |
| Taxpayer ID #: | **-***9271 | | Blanket Bond: | $372,000.00   (per case limit) |
| Period Ending: | 11/08/11 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 08/24/10 | {13} | Law Office of Crosby & Associates | Retainer Monies | 1210-000 | 4,273.12 | | 4,273.12 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 4,273.16 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,273.19 |
| 10/29/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,273.22 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,273.25 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,273.28 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,273.31 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,273.34 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,273.37 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,273.40 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,273.43 |
| 05/31/11 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 05/31/2011 FOR CASE #10-70135, Bond #016018067 | 2300-000 | | 3.60 | 4,269.83 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,269.86 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,269.89 |
| 08/01/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 8.19 | 4,261.70 |
| 08/17/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.01 | | 4,261.71 |
| 08/17/11 | | To Account #9200******3566 | transfer to close money market account | 9999-000 | | 4,261.71 | 0.00 |
| | | | ACCOUNT TOTALS | | 4,273.50 | 4,273.50 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 4,261.71 | |
| | | | Subtotal | | 4,273.50 | 11.79 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $4,273.50 | $11.79 | |

{} Asset reference(s)    Printed: 11/08/2011 11:04 AM    V.12.57

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 10-70135  
**Case Name:** MOORE, TOM  
MOORE, CAROLYN  
**Taxpayer ID #:** **-***9271  
**Period Ending:** 11/08/11

**Trustee:** JAMES E. STEVENS (330420)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******35-66 - Checking Account  
**Blanket Bond:** $372,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 08/17/11 | | From Account #9200******3565 | transfer to close money market account | 9999-000 | 4,261.71 | | 4,261.71 |
| 09/29/11 | 101 | BARRICK, SWITZER, LONG, BALSLEY & VAN EVERA, LLP | Dividend paid 100.00% on $499.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 499.00 | 3,762.71 |
| 09/29/11 | 102 | JAMES E. STEVENS | Dividend paid 100.00% on $1,068.38, Trustee Compensation; Reference: | 2100-000 | | 1,068.38 | 2,694.33 |
| 09/29/11 | 103 | Chase Bank USA, N.A. | Dividend paid 10.18% on $11,353.93; Claim# 1; Filed: $11,353.93; Reference: | 7100-000 | | 1,156.90 | 1,537.43 |
| 09/29/11 | 104 | Chase Bank USA, N.A. | Dividend paid 10.18% on $14,673.90; Claim# 2; Filed: $14,673.90; Reference: | 7100-000 | | 1,495.18 | 42.25 |
| 09/29/11 | 105 | Chase Bank USA,N.A | Dividend paid 10.18% on $414.62; Claim# 3; Filed: $414.62; Reference: | 7100-000 | | 42.25 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 4,261.71 | 4,261.71 | **$0.00** |
| | | | Less: Bank Transfers | | 4,261.71 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 4,261.71 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$0.00** | **$4,261.71** | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-******35-65** | 4,273.50 | 11.79 | 0.00 |
| **Checking # 9200-******35-66** | 0.00 | 4,261.71 | 0.00 |
| | **$4,273.50** | **$4,273.50** | **$0.00** |

{} Asset reference(s)

Printed: 11/08/2011 11:04 AM    V.12.57